Peter W. Cavette (Cal Bar 50261)
55 W. Sierra Madre Blvd.
Suite 300-A
Sierra Madre, CA 91024
(626) 836-4900
(626) 836-5900 (fax)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leslie Farrow, et. al. (see attachment for full listing) PLAINTIFF(S), | CASE NUMBER CV 08-03583 GPS (JWJx) |
| v. | |
| Griffith Company, a California corporation DEFENDANT(S). | SUMMONS |

TO: THE ABOVE-NAMED DEFENDANT(S): Griffith Company

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney Peter W. Cavette, whose address is:

55 W. Sierra Madre Blvd.
Suite 300-A
Sierra Madre, Ca 91024

An answer to the ☒ COMPLAINT, ☐ ______ (1st, 2nd, etc.) AMENDED COMPLAINT, ☐ COUNTERCLAIM, ☐ CROSS-CLAIM which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U. S. DISTRICT COURT

DATE: JUN - 2 2008

By [signature]
Deputy Clerk

(SEAL OF THE COURT)

List of Plaintiffs



Leslie Farrow, Louie Giampapa, Matt Pendo, Mike Bergen, Charles Poss, Gene Brewer, Eric Lagafuaina, Curtis Farrow, Trustees of the Construction Teamsters Health & Welfare Trust, aka the Construction Teamsters Security Trust, the Construction Teamsters Vacation-Holiday Trust, the Construction Teamsters Training and Upgrading Trust, the Construction Teamsters Contract Compliance Trust