PETER W. CAVETTE (Cal Bar # 50261)
ATTORNEY AT LAW
55 W. Sierra Madre Blvd.
Suite 300A
Sierra Madre, CA 91024
(626) 836-4900
(626) 836-5900 (Facsimile)
Attorney for Plaintiffs

FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FARROW, etc. et al., Plaintiffs, vs. GRIFFITH COMPANY, a California corporation Defendant. | CASE NO. CV CV08-03583 GPS (JWJx) CERTIFICATION AS TO INTERESTED PARTIES (Local Rule 7.1-1) |

The undersigned, counsel for Plaintiffs, certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1). Leslie Farrow, Louie Giampapa, Matt Pendo, Mike Bergen, Charles Poss, Gene Brewer, Erik Lagafuaina, Curtis Farrow, Trustees of the CONSTRUCTION TEAMSTERS HEALTH AND WELFARE TRUST. CONSTRUCTION TEAMSTERS VACATION-HOLIDAY TRUST, CONSTRUCTION TEAMSTERS TRAINING AND UPGRADING TRUST, THE CONSTRUCTION TEAMSTERS CONTRACT COMPLIANCE FUND, plaintiffs;

(2). Griffith Company, a California corporation.

May 27, 2008

PETER W. CAVETTE

By ______________________

Attorney for the Plaintiffs